# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF, | Case No. 2:21-cv-00098-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| NEVADA CVS PHARMACY LLC, et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 31, 2021, a joint proposed discovery plan.[1]

IT IS SO ORDERED.

Dated: August 19, 2021

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court recognizes that an order to show cause was issued as to why the case should not be remanded. Docket No. 7. The potential that a case may be remanded is generally not sufficient justification to stay discovery because a remand would not render any discovery conducted in this case moot or otherwise result in a waste of the parties' resources. *Anoruo v. Valley Health Sys., LLC*, 2018 WL 1785866, at *3 (D. Nev. Apr. 13, 2018); *see also Grammer v. Colo. Hosp. Ass'n Shared Servs.*, 2015 WL 3938406, at *2 (D. Nev. June 26, 2015 ) ("This action will either continue in federal court or in state court. Unless the case settles, discovery will proceed regardless of the outcome of the District Court's remand decision"). Nonetheless, to the extent the parties believe justification exists to stay discovery in this case, a request to stay discovery addressing the applicable standards may be filed by August 31, 2021.

1