UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF,<br><br>        Plaintiff(s),<br><br>v.<br><br>NEVADA CVS PHARMACY, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00098-ART-NJK<br><br>**ORDER** |

On February 28, 2022, the Court ordered as follows:

> The Court begins with Attorneys Verde and Lach, who both indicate that they are no longer associated with Eric Blank Injury Attorneys and no longer work on this case. Docket Nos. 29-30. When an attorney no longer works on a case, he must withdraw from the case so that the record is clear as to who is responsible for the matter. *See* Local Rule IA 11-6(a)-(b). **Attorneys Verde and Lach must promptly file appropriate paperwork to withdraw as counsel in this case.**

Docket No. 41 at 1 (emphasis added). To date, Attorneys Verde and Lach have not complied with that order. Accordingly, the Court orders Attorneys Verde and Lach to file, no later than April 27, 2022, either (1) paperwork to withdraw as counsel or (2) a notice that they are in fact continuing to serve as counsel of record in this case.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: April 20, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1