UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., a domestic limited-liability company; CVS HEALTH SOLUTIONS LLC, a foreign limited-liability company; CVS PHARMACY, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO: 2:21-cv-00098-ART-NJK<br><br>**ORDER APPROVING** |

**STIPULATION FOR ADDITIONAL TIME TO FILE DISMISSAL**

COME NOW Plaintiff LORA JOLLIFF and Defendants NEVADA CVS PHARMACY, LLC, CVS HEALTH SOLUTIONS, LLC and CVS PHARMACY, INC., by and through their respective counsel of record, and request an additional 45 days to submit the Stipulation and Order for Dismissal, With Prejudice.

Page **1** of **3**

15089.0001

The parties reached a confidential settlement agreement and filed a joint Notice of Settlement on November 30, 2022. (Doc. 62). Thereafter, Judge Traum issued a Minute Order requiring that the Stipulation and Order for Dismissal, With Prejudice, be submitted on or before January 30, 2023. The parties are, however, still in the process of finalizing the settlement and require additional time to submit the Stipulation and Order for Dismissal, With Prejudice. Plaintiff is Medicare eligible, and the parties are waiting for final confirmation from the Center for Medicare and Medicaid Services to confirm that no conditional payments were made on behalf of Plaintiff related to the incident that was the subject of Plaintiff's Complaint. According to the Medicare Secondary Payer Recovery Portal, the final correspondence was mailed on February 9, 2023, but has not yet been received by Plaintiff or her counsel. Once this confirmation has been provided to Defendants, the settlement funds will be released.

Based on the foregoing, the parties respectfully request that they be permitted an additional 45 day from the date of this Stipulation and Order, to April 3, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

Dated this 16th day of February 2023.

ERIC BLANK INJURY ATTORNEYS

/s/ David M. Moore
DAVID M. MOORE, ESQ.
Nevada Bar No. 8580
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
dmoore@ericblanklaw.com
*Attorneys for Plaintiff*

Dated this 22nd day of February 2023

MESSNER REEVES LLP

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
kwilson@messner.com
*Attorneys for Defendants*

15089.0001

**ORDER ALLOWING ADDITIONAL TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**

Based upon the foregoing representations of counsel, IT IS HEREBY ORDERED that the parties are permitted an additional 45 day from the date of this Order, to April 3, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

DATED: February 22, 2023

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

15089.0001