UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., a domestic limited-liability company; CVS HEALTH SOLUTIONS LLC, a foreign limited-liability company; CVS PHARMACY, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO: 2:21-cv-00098-ART-NJK<br><br>**ORDER APPROVING** |

**STIPULATION FOR ADDITIONAL TIME TO FILE DISMISSAL**
(Second Request)

COME NOW Plaintiff LORA JOLLIFF and Defendants NEVADA CVS PHARMACY, LLC, CVS HEALTH SOLUTIONS, LLC and CVS PHARMACY, INC., by and through their respective counsel of record, and request an additional 30 days to submit the Stipulation and Order for Dismissal, With Prejudice.

Page **1** of **3**

15089.0001

The parties reached a confidential settlement agreement and filed a joint Notice of Settlement on November 30, 2022. (Doc. 62). Thereafter, Judge Traum issued a Minute Order requiring that the Stipulation and Order for Dismissal, With Prejudice, be submitted on or before January 30, 2023. On February 22, 2023, the court approved the parties' stipulation to extend this deadline to April 3, 2023. (Doc. 67). As Plaintiff is Medicare eligible, the parties require a final confirmation from the Center for Medicare and Medicaid Services to confirm that no conditional payments were made on behalf of Plaintiff related to the incident that was the subject of Plaintiff's Complaint before Defendants can release the settlement funds. According to the Medicare Secondary Payer Recovery Portal, the final correspondence was mailed on February 9, 2023. This correspondence has not yet been received by Plaintiff or her counsel and no further updates have been provided on the portal. The parties therefore require additional time to submit the Stipulation and Order for Dismissal, With Prejudice. Once this confirmation has been provided to Defendants, the settlement funds will be released.

Based on the foregoing, the parties respectfully request that they be permitted an additional 30 days, to May 3, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

| Dated this 29th day of March 2023. | Dated this 30th day of March 2023 |
|---|---|
| ERIC BLANK INJURY ATTORNEYS | MESSNER REEVES LLP |
| /s/ David M. Moore | *Karie N. Wilson* |
| DAVID M. MOORE, ESQ. | KARIE N. WILSON, ESQ. |
| Nevada Bar No. 8580 | Nevada Bar No. 7957 |
| 7860 W. Sahara Avenue, Suite 110 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89117 | Las Vegas, NV 89148 |
| dmoore@ericblanklaw.com | kwilson@messner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

15089.0001

## ORDER ALLOWING ADDITIONAL TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE

Based upon the foregoing representations of counsel, IT IS HEREBY ORDERED that the parties are permitted an additional 30 days, to May 3, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

DATED: April 3, 2023.



ANN R. TRAUM
U.S. DISTRICT COURT JUDGE

15089.0001