UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., a domestic limited-liability company; CVS HEALTH SOLUTIONS LLC, a foreign limited-liability company; CVS PHARMACY, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO: 2:21-cv-00098-ART-NJK<br><br>**ORDER APPROVING** |

**STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE DISMISSAL**
(Third Request)

COME NOW Plaintiff LORA JOLLIFF and Defendants NEVADA CVS PHARMACY, LLC, CVS HEALTH SOLUTIONS, LLC and CVS PHARMACY, INC., by and through their respective counsel of record, and request an additional 30 days to submit the Stipulation and Order for Dismissal, With Prejudice.

Page **1** of **3**

15089.0001

The parties reached a confidential settlement agreement and filed a joint Notice of Settlement on November 30, 2022.  (Doc. 62).  Thereafter, Judge Traum issued a Minute Order requiring that the Stipulation and Order for Dismissal, With Prejudice, be submitted on or before January 30, 2023.  On February 22, 2023, the court approved the parties' stipulation to extend this deadline to April 3, 2023 (Doc. 67), and again to May 3, 2023 (Doc. 69).  As Plaintiff is Medicare eligible, the parties required final confirmation from the Center for Medicare and Medicaid Services to confirm that no conditional payments were made on behalf of Plaintiff related to the incident that was the subject of Plaintiff's Complaint before Defendants can release the settlement funds.  That final confirmation was not received from Medicare until April 19, 2023.  Thereafter, the parties worked diligently to finalize the settlement agreement.  While the settlement check has been processed by Defendants it is not yet available for exchange. The parties therefore require additional time to submit the Stipulation and Order for Dismissal, With Prejudice.

Based on the foregoing, the parties respectfully request that they be permitted an additional 30 days, to June 6, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

| Dated this 3rd day of May 2023. | Dated this 3rd day of May 2023 |
|---|---|
| ERIC BLANK INJURY ATTORNEYS | MESSNER REEVES LLP |
| */s/ David M. Moore* | |
| DAVID M. MOORE, ESQ. | KARIE N. WILSON, ESQ. |
| Nevada Bar No. 8580 | Nevada Bar No. 7957 |
| 7860 W. Sahara Avenue, Suite 110 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89117 | Las Vegas, NV 89148 |
| dmoore@ericblanklaw.com | kwilson@messner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

15089.0001

## ORDER ALLOWING ADDITIONAL TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE

Based upon the foregoing representations of counsel, IT IS HEREBY ORDERED that the parties are permitted an additional 30 days, to June 2, 2023, to submit the final Stipulation and Order for Dismissal, With Prejudice.

_____
Anne R. Traum
United States District Court Judge

DATED: May 4, 2023.

Respectfully submitted,

MESSNER REEVES LLP

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*