UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORA JOLLIFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., a domestic limited-liability company; CVS HEALTH SOLUTIONS LLC, a foreign limited-liability company; CVS PHARMACY, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO: 2:21-cv-00098-ART-NJK<br><br>**ORDER APPROVING** |

**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**

COME NOW Plaintiff LORA JOLLIFF and Defendants NEVADA CVS PHARMACY, LLC, CVS HEALTH SOLUTIONS, LLC and CVS PHARMACY, INC., by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees. The December 12, 2022 trial date was previously vacated.

15089.0001

Dated this 5th day of May 2023.

ERIC BLANK INJURY ATTORNEYS

*signature*

DAVID M. MOORE, ESQ.
Nevada Bar No. 8580
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
dmoore@ericblanklaw.com
*Attorneys for Plaintiff*

Dated this 9th day of January 2023.

MESSNER REEVES LLP

*signature*

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
kwilson@messner.com
*Attorneys for Defendants*

## ORDER FOR DISMISSAL, WITH PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is DISMISSED with prejudice, the parties to bear their own fees and costs.

*signature*

Anne R. Traum
United States District Court Judge

DATED: May 10, 2023

15089.0001